UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHERYL FREIER | ATTACHMENT 1 |
| V. | CIVIL ACTION |
| REPUBLIC OF GERMANY | NO._____ |

## COMPLAINT

### Parties

1. CHERYL FREIER, the plaintiff is a resident of Natick, Massachusetts, located at 22 Pumpkin Pine Road, Natick, MA 01760, County of Middlesex, and a citizen of the United States.
2. The Republic of Germany, the defendant is located at the German Consulate of Boston, Boston, MA, 100 Huntington Avenue, near the Back Bay Station in Boston, Massachusetts

### Jurisdiction

3. This court has jurisdiction over this matter.
4. Facts related: on January 7, 2006, my husband, Martin Freier died. He was a survivor of the Nazi Holocaust in Slovakia and had previously sued the German Government and was awarded a German Reparation on a monthly basis for life as a result of the prejudice that he had suffered during the war. The contract specifically said that should he die that his mother was to receive the Reparation payment, but that if she was dead, and Martin died after her that his wife should receive the Reparation payment. Additionally, when his wife, Cheryl Freier was to die that the Reparation payment would be given to the rightful heirs of the Reparation payment, the daughters of Martin Freier and Cheryl Freier; namely, Pearl Freier and Deborah Freier.
5. Facts continued: A few months after the death of my husband, Martin Freier, I, Cheryl Freier met with Monica Dane, employee at the Republic of Germany and spoke with her about the Reparation payment. Monica agreed that I was entitled to the wife's share. She showed me pictures that were placed behind where she was sitting of people who were the same as me, the wives of Holocaust survivors, and she said that she had helped all of them. She agreed that I should come again and that we would take care of finalizing the continuation of the Reparation payments to me, Martin Freier's wife. I called her a week later to make a date for our meeting to formally sign the papers, and she did not wish to talk with me. Instead, weeks later she contacted me and said that my husband, Martin was to receive another payment and that then she would help me to obtain the Reparation payment. She told me to just sign for the check. "It

was just a formality", she said. I received the money in the mail, cashed the check, and then called her back to schedule the meeting for me to formally sign for the Reparation payment. She would not talk with me. She ignored me completely.

6. I tried contacting her time and time again. She would not talk with me. I had initially an attorney, Scott Joseph call up different agencies that would assist me in getting me the Reparation payment. He said that he was spending too much time and that no one would talk with him. I then hired another attorney, Joseph Leone, and he contacted her, Monica Dane. She contacted the wrong pension department in Germany initially. She promised him that she would send him a copy of the contract between my husband, Martin Freier, and the Republic of Germany. After a long time period of waiting, Mrs. Dane finally sent the contract. It was written in the German language and she promised my attorney that she would translate the contract. She initially started to translate the contract, translating the contract as though it was not the contents of the contract between my husband and the Republic of Germany, but she never finished. My attorney, Mr. Leone questioned this. There was no answer from Mrs. Dane. I held onto the contract that she gave me. I tried to find a translator and the price was prohibitive. I wrote to different representatives like the German Ambassador and the American Ambassador to Germany. At first I got answers and then there was no answer.

7. I found an attorney, Attorney Michael Heineman and he read the same contract that Mrs. Dane had sent to me. He was literate in the German language and he was able to interpret the contract. He specifically told me that from the reading of the contract, he could tell that my husband had suffered a great deal during the war. I asked if I was the beneficiary and he said that: "Yes. He could have helped me if I had come to him right after my husband had died". I asked him what could I do now?" Attorney Michael Heineman's answer was "the matter has to be handled from within." I understood his words to mean that I had two choices: the first choice was to approach the German Consulate here in the United States or to go to Germany. As I have had extensive correspondence throughout the years with the German Embassy in Boston and they would not help me, and I would rather not go to Germany, I have made the decision to take the Republic of Germany to court in the Boston Federal Court House.

8. I wish to have the Federal Court's assistance in the investigation of why I was refused this German Reparation payment of which I am entitled to as the heir to my husband's estate. Investigations of my own have led me to believe that the money is being given every month to another individual in Natick, in fact at least two individuals. I wish to speak with the Judge and present my findings against the Republic of Germany. I wish to have a federal investigation and have the money given to me as I am the beneficiary of this Reparation payment and no one else is the rightful heir except me and my daughters.

9. I beseech you and beckon with you in every way possible to help me to recover my rightful inheritance.

Signature _Cheryl Freier_   Address: 22 Pumpkin Pine Road, Natick, MA 01760

Cheryl Freier

Telephone: 508 545 2337     Email cfreier2003@yahoo.com