UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Cheryl Freier, | * |
|       Plaintiff, | * |
| | * Civil Action No. 16-CV-10149-GAO |
| Republic of Germany, | * |
|       Defendant, | * |

ORDER OF DISMISSAL

February 24, 2017

O'Toole, D.J.

Pursuant to the Opinion and Order ADOPTING the Report and Recommendation [21] filed on February 24, 2017, this case is hereby dismissed and CLOSED.

IT IS SO ORDERED.

/s/ George A. O'Toole, Jr.

United States District Judge